OCCANEECHI BAND OF THE SAPONI NATION v.
N.C. COMM'N OF INDIAN AFFAIRS

No. 527P01

Case below: 145 N.C. App. 649

Motion by defendant for temporary stay allowed 19 September 2001.

PRENTISS v. ALLSTATE INS. CO.

No. 393P01

Case below: 144 N.C. App. 404

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

REED v. HOFFMAN PROPS., INC.

No. 414P01

Case below: 144 N.C. App. 448

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

RENEGAR v. R.J. REYNOLDS TOBACCO CO.

No. 453P01

Case below: 145 N.C. App. 78

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

RICH, RICH & NANCE v. CAROLINA CONSTR. CORP.

No. 378A01

Case below: 144 N.C. App. 303

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 September 2001.